United States District Court
Southern District of Texas
**ENTERED**
December 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NUMBER: 6:18-MJ-173 |
| | § |
| JOSE J. SOTO | § |
| DEREK QUINTANILLA | § |
| SAMUEL CARDENAS | § |
| ALEX BAUTISTA | § |

## ORDER UNSEALING CRIMINAL COMPLAINT AND REDACTED AFFIDAVIT

On Motion of the United States, as to the Criminal Complaint and redacted affidavit in the above matter is hereby Ordered unsealed as to Defendants JOSE J. SOTO, DEREK QUINTANILLA, SAMUEL CARDENAS and ALEX BAUTISTA.

SIGNED on __7__ day of December, 2018.

UNITED STATES MAGISTRATE JUDGE