Case 6:18-cr-00145   Document 319   Filed on 02/08/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. 6:18-CR-145(1) |
| | § | |
| JOSE J. SOTO, | § | |
| Defendant. | § | |

## FINAL ORDER OF FORFEITURE

Pending before the Court is the United States Motion for a Final Order of Forfeiture. Having considered the motion, the record, and the applicable law, the Court has determined that the motion for final order of forfeiture should be GRANTED.

Accordingly, the United States Motion is GRANTED, and it is ORDERED that:

1. the Rock Island Armory Inc. 1911-A1 .45 caliber pistol, SN: RIA1203749 (the "Pistol") is forfeited to the United States;

2. all persons and entities claiming any right, title, or interest in the Pistol are held in default; and

3. the United States may dispose of the Pistol according to law.

THIS IS A FINAL ORDER.

Signed on February 8, 2022.

JOHN D. RAINEY
United States District Judge